IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ASIUS TECHNOLOGIES LLC,** | ) | |
| | ) | Civil Action No. 1:10-CV-07838 |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| **SONION US, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 3.2 and Federal Rule of Civil Procedure 7.1, Defendant-Counterclaimant Asius Technologies, LLC ("Asius") states that:

Asius does not have a parent corporation, nor does any entity own more than 10% of the company.

DATED: December 14, 2010

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop
ebishop@bishoppatents.com
Nicholas S. Lee
nlee@bishoppatents.com
BISHOP & DIEHL, LTD.
1320 Tower Road
Schaumburg, IL 60173
T: (847) 925-9333
F: (847) 925-9337

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 14th day of December 2010. Any other counsel of record will be served by electronic mail and/or first class mail.

                                                  /s/ Edward L. Bishop
                                                  Edward L. Bishop